THOMPSON & KNIGHT LLP
Stuart J. Glick, Esq.
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3392
Fax: (214) 880-3290
E-mail: stuart.glick@tklaw.com
*Attorneys for Citibank, N.A.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| NOSSON R. SKLAR, | Case No. 17-12394-SCC |
| Debtor. | Honorable Shelley C. Chapman |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Thompson & Knight LLP ("Thompson Knight") appears herein as counsel for Citibank, N.A., ("Citibank, N.A."), creditor in the above-captioned bankruptcy case pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Pursuant to Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Thompson Knight requests, on behalf of Citibank, N.A., that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Thompson Knight, at the office, address and telephone number set forth below and that Thompson Knight be added to the respective electronic notice and mailing matrixes on file with the Clerk of the Bankruptcy Court and the Clerk of the District Court as set forth below:

Stuart J. Glick, Esq.
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3392
Fax: (214) 880-3290
E-mail: stuart.glick@tklaw.com

**PLEASE TAKE FURTHER NOTICE**, that under section 1109(b) of the Bankruptcy

Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, notices of and all orders, applications,

motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, courier service, hand

delivery, telephone, facsimile, transmission, telegraph, telex, or otherwise that (1) affect or seek

to affect in any way any rights or interests of any creditor or party in interest in this case with

respect to: (a) the captioned debtor; (b) property of the estate, or alleged property of the estate, of

the captioned debtor; or (c) property or proceeds thereof in the possession, custody, or control of

others that the captioned debtor may seek to use; or (2) requires or seeks to require any act,

delivery of any property, payment or other conduct by the captioned debtor.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance includes and

constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan

and disclosure statement which is filed herein by any person or entity.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any

later appearance, pleading, claim or suit waives (1) the right to have final orders in noncore

matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this

case, (3) the right to have the District Court withdraw the reference in any matter subject to

19836444.1

mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: New York, New York
      September 5, 2017

THOMPSON & KNIGHT LLP
*Attorneys for Citibank, N.A.*

By: _____

    Stuart J. Glick

19836444.1