Michael L. Moskowitz, Esq. (mmoskowitz@chuhak.com)
Melissa A. Guseynov, Esq. (mguseynov@chuhak.com)
Michele K. Jaspan, Esq. (mjaspan@chuhak.com)
**CHUHAK & TECSON, PC**
*Attorneys for Itria Ventures, LLC*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(646) 532-4636

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>　　　NOSSON R. SKLAR,<br><br>　　　　　　　　Debtor. | Chapter 11 Case<br><br>Case No.: 17-12394 (SCC) |

### JOINDER OF ITRIA VENTURES, LLC TO CITIBANK, N.A.'S MOTION PURSUANT TO, INTER ALIA, 11 U.S.C. § 1112(b) DISMISSING DEBTOR'S CHAPTER 11 CASE

Itria Ventures, LLC ("Itria"), a secured creditor of Debtor, hereby concurs with and joins with in all respects that part of the motion of Citibank, N.A. for Entry of an Order Dismissing Debtor's Chapter 11 Case dated September 29, 2017 ("Motion") (ECF Docket No. 17). Itria has already filed its own motion seeking relief from the automatic stay respecting the same property upon which Citibank, N.A. has a lien (ECF Docket No. 16) and is only joining in that portion of Citibank's motion seeking dismissal of Debtor's case for the reasons set forth therein.

**WHEREFORE**, Itria joins in the Motion and respectfully requests the Court enter an order dismissing Debtor's Chapter 11 case and granting such other and further relief as may be just and proper under the circumstances.

Dated:　New York, New York
　　　　October 11, 2017

　　　　　　　　　　　　　　　　　　　　　　**CHUHAK & TECSON, P.C.**
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Itria Ventures, LLC*

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL L. MOSKOWITZ**
　　　　　　　　　　　　　　　　　　　　　　270 Madison Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　(646) 532-4636