UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                    Chapter 11

     NOSSON R. SKLAR,                               Case No. 17-12394-scc

               Debtor.
----------------------------------------------------------------X

## AFFIDAVIT RELATING TO PAYMENT OF
## POST-PETITION THIRD-PARTY RETAINER

STATE OF NEW YORK         )
                        ) ss.:
COUNTY OF NASSAU        )

Ilan Kredlik, being duly sworn, deposes and says:

1.      I submit this Affidavit in connection with the Debtor's application to retain White & Wolnerman, PLLC ("WW") as his attorneys in the above captioned Chapter 11 proceeding.

2.      I paid a post-petition third-party retainer in the amount of $15,000.00 to WW for fees and expenses to be incurred on behalf of the Debtor in the Chapter 11 proceeding.

3.      I provided the third party, post-petition retainer to WW as stated herein above to WW in order to secure WW's services for the Debtor in the Chapter 11 case.  The Debtor is fully aware of the facts relating to the payment of this retainer and has consented to its payment.

4.      Although I have been advised by WW to consult with counsel, I have not retained independent legal counsel regarding the payment of the aforementioned retainer to WW.

5.      I understand that WW will at all times be working on behalf of and representing the interests of the Debtor, and the undivided loyalty of WW is to the Debtor, its client.

6.      Further, I do not have any intention of asserting a claim against the estate of the Debtor for funds advanced by me for legal services in this case.

7.    I understand that any and all compensation received by WW from any source will be subject to review by this Court for reasonableness.

8.    Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

9.    I declare under penalty of perjury that the foregoing is true and correct.

Han Kredlik

Sworn to before me this

14ᵗʰ day of November 2017

Carolann M. O'Dell

Notary Public

CAROLANN M. ODELL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OD6248277
Qualified in Queens County
My Commission Expires September 26, 2019